HUGH GAFFNEY AND FIDELITY UNION TITLE AND MORT-
GAGE GUARANTY COMPANY, A CORPORATION OF NEW
JERSEY, PLAINTIFFS-APPELLEES, v. WILLIAM E.
WRIGHT & SONS COMPANY, A CORPORATION OF NEW
JERSEY, WATSON F. WRIGHT AND JAMES T. WRIGHT,
DEFENDANTS-APPELLANTS.

Argued October 25, 1933—Decided January 12, 1934.

For the defendants-appellants, *Joseph Steiner*.

For the plaintiffs-appellees, *Simon P. Northrup*.

The opinion of the court was delivered by

BODINE, J.  The defendants appeal from an order striking
an answer and counter-claim.  The appeal presents no merit.
The present action was brought to recover the deficiency after
foreclosure of a mortgage.  The liability of the defendants
was predicated upon an extension agreement and a bond exe-
cuted by them.  The agreement contained a covenant "that
the party of the second part will pay the indebtedness as here-
inbefore provided."

Counsel argues that until the plaintiff exhausted his
remedy, if any, against the original mortgagor no action would
lie on the extension agreement or on the bond contempora-
neously executed therewith for the reason that one of the
conditions of the bond recites that "if any bondsman afore-
said neglects, &c."  From our reading of the entire instru-
ment, and particularly the conditions and covenants, it is

manifest that the defendants were primarily liable. The action of the court in striking the second and third defenses, which raised the issue that defendants were only secondarily liable, was proper.

The counter-claim struck sought to charge the plaintiffs with the reasonable rental value of the mortgaged premises. A notice was served that the mortgagee would enter into possession. The property, however, being tenantless there was no entry. No rents were received. The mortgagee, as trustee, cannot be charged for a use not had nor a rent not received. There is neither allegation nor suggestion in the record that the mortgagee by the exercise of reasonable care could have procured a tenant for the premises.

The judgment is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 15.

*For reversal*—None.